1  SETH P. CHAZIN (CSBN 133777)
   Attorney at Law
2  1164 Solano Avenue
   Albany CA 94706
3  Telephone: (510) 507-8100
   Facsimile: (510) 525-0087
4
   Attorneys for Defendant
5  JEFFREY HERHOLZ

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                      SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,       )   No. CR 10-0642 RS
10                                  )
           Plaintiff,               )
11     v.                           )   ORDER
                                    )
12 JEFFREY HERHOLZ,                 )
                                    )
13         Defendants.              )
                                    )
14

15

16     GOOD CAUSE SHOWN, it is hereby ordered that the time allowed for the defendant, Jeffrey

17 Herholz, to post the property located at 4308 Coolidge St, Fayetteville, N.C., as security for his

18 release on Bond is extended from October 6, 2010 to October 15, 2010.

19

20 IT IS SO ORDERED:

21

22

23 DATED: 18 Oct 2010

24                                          BERNARD ZIMMERMAN
                                            United States Magistrate Judge
25

26

27

28

                                    3