SETH P. CHAZIN CSBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Attorney for Defendant
JEFFREY HERHOLZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | ) Case No. CR-10-0642 CRB |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER ALLOWING |
| vs. | ) TRAVEL TO MISSISSIPPI |
| JEFFREY HERHOLZ, | ) |
| Defendant. | ) |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, that the defendant, Jeffrey Herholz, may travel to Biloxi, Mississippi on March 11, 2011, and return to his home in North Carolina no later than March 13, 2011.

Date: 1 March 11

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge