UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>JEFFREY HERHOLZ,<br><br>    Defendant(s).<br>_____/ | No. CR10-00642-7 (CRB) JCS<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Defendant shall appear on **February 28, 2012, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant should not be sanctioned for failure to comply with paragraphs 1 and 2 of the November 18, 2011 Order.

IT IS SO ORDERED.

Dated: January 6, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge