IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY HERHOLZ,<br><br>   Defendant. | No. C 10-00642 CRB<br><br>**ORDER RE APPLICATION AUTHORIZING PAYMENT OF COSTS** |

The Court is in receipt of Defendant Herholz's Application for Order Authorizing Payment of Costs for Defendant's Fact Witnesses' Travel. The Court ORDERS Defendant to file under seal a detailed written offer of proof of what these witnesses will testify to at the trial.

**IT IS SO ORDERED.**

Dated: February 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE