**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHAEL ARNOLD, and
JEFFREY HERHOLZ,

        Defendants.

_____/

No. C 10-00642 CRB

**ORDER RE JUROR REIMBURSEMENT**

     The Jury Commissioner is ORDERED to reimburse Joseph Speicher $19.15 for travel expenses.

     **IT IS SO ORDERED.**

Dated: February 29, 2012

                 CHARLES  R. BREYER
                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\Order Re Jury Reimbursement.wpd