E-filing

1

2  SETH P. CHAZIN (CA SBN 133777)
   Law Offices of Seth P. Chazin
3  1164 Solano Ave # 205
   Albany, CA 94706-1639
4  Telephone: (510) 507-8100
   Facsimile: (510) 525-0087
5

6  Attorneys for Defendant
   JEFFREY HERHOLZ
7

8

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA         ) No. CR-10-0642 CRB
                                     )
14          Plaintiff,                ) [PROPOSED ORDER] TO EXONERATE
                                     ) BOND
15      vs.                          )
                                     )
16  JEFFREY HERHOLZ,                 )
                                     )
17          Defendant.               )
                                     )
18  _____

19

20       GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Appearance Bond

21  previously issued in this matter be exonerated.

22
         IT IS SO ORDERED.
23
                                                    /s/
24  DATED:  NOV 26 2012
                                        _____
25                                       THE HONORABLE CHARLES R. BREYER

26

27

28

DEFENDANT JEFFREY HERHOLZ 'S MOTION TO
EXONERATE BOND
CR-10-0642 CRB
                                    - 4 -